ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

January 31, 2006

**Via Hand Delivery and Electronic Filing**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, DE 19801

    Re:    **Kopacz v. Del. River and Bay Auth.** *et ano.*, D. Del., C.A. No. 04-911 (GMS)
              **Kopazc v. Del. River and Bay Auth.**, D. Del., C.A. No. 04-1281 (GMS)

Dear Judge Sleet:

    I am writing to request that my co-counsel, Mary Elisa Reeves, of Donna Adelsberger & Associates, P.C. be permitted to bring a cell phone, laptop and blackberry to the trial commencing on Monday, February 6, 2006 at 9:00 a.m. in courtroom 4A. Ms. Reeves will be using the equipment for trial purposes only. In particular, Ms. Reeves will be using electronic documents on the ELMO system.

    Ms. Reeves' contact information is as follows:

Mary Elisa Reeves (attending for defendant, Delaware River and Bay Authority)
215 576 8690 (w) (no direct dial)
215 238 1841 (h)
267 257 8225 (c)

The Honorable Gregory M. Sleet
January 31, 2006
Page 2

     I should be pleased to provide any additional information Your Honor may require in this regard.

                              Respectfully,

                              /s/ Carmella P. Keener

                              Carmella P. Keener (DSBA No. 2810)
                              ROSENTHAL, MONHAIT, GROSS
                                  & GODDESS, P.A.
                              919 N. Market Street, Suite 1401
                              P.O. Box 1070
                              Wilmington, DE 19899-1070
                              (302) 656-4433
                              ckeener@rmgglaw.com
                                  *Attorneys for Defendant Delaware River and Bay Authority*

CPK/jls

cc:    James J. Woods, Esquire (via electronic filing)
        Donald M. Ransom, Esquire (via electronic filing)
        E. Alfred Smith, Esquire (via electronic mail)
        Mary Elisa Reeves, Esquire (via electronic mail)
        Clerk of the Court (via hand delivery)