ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

February 1, 2006

**Via Hand Delivery and Electronic Filing**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, DE 19801

    Re:    **Kopacz v. Del. River and Bay Auth.** *et ano.*, D. Del., C.A. No. 04-911 (GMS)
             **Kopazc v. Del. River and Bay Auth.**, D. Del., C.A. No. 04-1281 (GMS)

Dear Judge Sleet:

We write to respond to plaintiff's request for more time to present his case.

As we understood the court's order, each party would receive 5.5 hours to present his case. On behalf of the DRBA, we have been working very hard to pare our case down to the bare essentials in order to meet those time restraints, and are frankly concerned that we will be unable to efffectively cross examine the plaintiff and present the four eyewitnesses, police officer, medical expert and other fact witnesses within that timeframe. In the event that plaintiff is given additional time, we respectfully request that the DRBA be given additional leeway as well.

As far as any suggestion that the defendants be required to split an allotted time period, we do not think that this is a fair allocation of trial time. In the first place, the DRBA's defense is based in large measure on Mr. Kopacz' employment history and performance, and therefore must

The Honorable Gregory M. Sleet
February 1, 2006
Page 2

lay the foundation for this defense with some background witnesses. The DRBA must also defend the maintenance and cure claim, in addition to the claim of negligence and unseaworthiness. Finally, we have taken the lead in defending this case, and will therefore require more time than defendant Swett.

We anticipate that Counsel for Swett will not duplicate the evidence presented by the DRBA, and assure the Court that we will do everything in our power to move this case along at a rapid pace. We respectfully request that we be allotted our full 5.5 hours to present the DRBA's defense, and that the Court will grant us a minimum of leeway in the event that our defense runs slightly longer.

Respectfully,

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT, GROSS
   & GODDESS, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
   *Attorneys for Defendant Delaware River*
   *and Bay Authority*

CPK/jls

cc:   James J. Woods, Esquire (via electronic filing)
      Donald M. Ransom, Esquire (via electronic filing)
      E. Alfred Smith, Esquire (via electronic mail)
      Mary Elisa Reeves, Esquire (via electronic mail)
      Clerk of the Court (via hand delivery)