IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ and CATHY KOPACZ, : | C.A. No. 04-911 GMS |
| Plaintiffs, : | Jury Trial Demanded |
| v. : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, : | |
| Defendants. : | |
| JAN KOPACZ, : | |
| Plaintiff, : | |
| v. : | C.A. No. 04-1281 GMS |
| DELAWARE RIVER AND BAY AUTHORITY, : | |
| Defendant. : | |

**OBJECTIONS OF DEFENDANT,
DELAWARE RIVER AND BAY AUTHORITY, TO TRIAL DEPOSITIONS**

WITNESS:   Elisa Montross-Lopez, M.D.

| Page | Line | Objection |
|---|---|---|
| 35 | 21-24 | Witness is admittedly not qualified. |
| 36 | 1-24 | Witness is admittedly not qualified. |
| 37 | 1-18 | Witness is admittedly not qualified. |

WITNESS:    Jeffrey Malumed, M.D.

| Page | Line | Objection |
|---|---|---|
| 34 | 21-24 | Asked and answered. |
| 35 | 1-24 | Argumentative; calls for speculation; lack of foundation. |
| 49 | 20-24 | Insurance, relevance. |
| 50 | 1-24 | Insurance, relevance. |
| 61 | 5-25 | Hearsay, unfair surprise. |
| 62 | 1-8 | Hearsay, unfair surprise. |

WITNESS:    Mohammad Mehdi, M.D.

| Page | Line | Objection |
|---|---|---|
| 21 | 23-25 | Asked and answered. |
| 22 | 1-11 | Asked and answered. |
| 23 | 24-25 | Asked and answered. |
| 24 | 1-21 | Asked and answered. |
| 33 | 24-25 | Asked and answered. |
| 34 | 1-10 | Asked and answered. |
| 35 | 5-25 | Calls for speculation. |
| 36 | 1-7 | Calls for speculation. |
| 55 | 1-7 | Counsel colloquy (Interruption of cross by plaintiff's counsel). |
| 62 | 15-25 | Lack of foundation; assumes facts not in evidence. |
| 63 | 15-25 | Lack of foundation; assumes facts not in evidence. |

All other objections in the transcripts are waived. We withdraw our objections to the trial depositions of Marc Greenstein, Carol Swett and Jessica Swett.

Respectfully submitted,

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

OF COUNSEL:
Mary Elisa Reeves, Esquire
DONNA ADELSBERGER &
ASSOCIATES, P.C.
Attorney I.D. #44194
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038

　/s/ Carmella P. Keener
Carmella P. Keener, Esquire (DSBA No. 2810
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Attorney for Defendant,
Delaware River and Bay Authority
ckeener@rmgglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2006, I electronically filed with the Clerk of Court OBJECTIONS OF DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY, TO TRIAL DEPOSITIONS using ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc:   E. Alfred Smith, Esquire (via electronic mail)